Form 14x15

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   10–20058 RAG    Chapter:   13

Adrienne A Jones–Shuron
Debtor(s)

## NOTICE OF POSSIBLE DISMISSAL OF CASE

**WARNING** – The Trustee in your case has notified the Court that the debtor has not provided:

>A copy of the pay advices to the trustee pursuant to § 521(a)(1)(B)(iv) of Title 11 U.S.C. and Administrative Order 05–04 , and

>A copy of the Federal income tax return to the trustee pursuant to § 521(e)(2)(A) of Title 11 U.S.C.

Accordingly, you have **14** days from the date of this notice to respond before the Court makes a decision on the dismissal of this case.

**Do not file copies of payment advices or Federal income tax returns with the Court. Payment advices and tax returns are to be provided to the trustee.**

Dated: 6/16/10

>Mark D. Sammons, Clerk of Court
>by Deputy Clerk, C Kearney  410–962–4353

cc:   Debtor(s)
     Attorney for Debtor(s) – Adam M. Freiman
     Chapter 13 Trustee – Ellen W. Cosby
     All Creditors